Per curiam.

---

Edith Isaacson, appellee, v. City of Chicago, appellant. Gen. No. 30,083.

Action for injury by fall through trapdoor in sidewalk. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Harry M. Fisher, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

Francis X. Busch, Corporation Counsel, and John J. Kelly, City Attorney, for appellant; Earl B. Dickerson and Gilbert W. Morgan, Assistant City Attorneys, of counsel. No appearance for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

Elmer Brown, appellee, v. Milton H. Callner, trading as Realty Building & Construction Company, appellant. Gen. No. 30,108.

Action for labor and material furnished. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926.

Edward A. Biggs, for appellant. James V. Cunningham, for appellee.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

H. E. McCormick, appellee, v. S. Simpson, appellant. Gen. No. 30,117.

Action of forcible entry and detainer. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Affirmed. Opinion filed January 20, 1926. Rehearing denied January 30, 1926.

Jay J. McCarthy, for appellant. Albert E. Beath, for appellee; Bernard J. Juron, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Leopold Sachs, appellee, v. William E. Dever et al., appellants. Gen. No. 30,126.

Petition for mandamus to compel issuance of license. Writ granted. Appeal from the Superior Court of Cook county; the Hon. Emanuel Eller, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1925. Reversed. O'Connor, J., dissents. Opinion filed January 20, 1926.

Francis X. Busch, Corporation Counsel, for appellants; Albert H. Veeder and Joseph J. Thompson, Assistant Corporation Counsel, of counsel. James M. Burke, for appellee; Snyder & Cohn, of counsel.

Mr. Presiding Justice Thomson delivered the opinion of the court.